# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145401

ANGELA NICOLE CLIFTON,
      Plaintiff-Appellee,

v

          SC: 145401
          COA: 310760
          Genesee CC: 11-903663-DP

JEREMY LEE JOHNSON,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the June 19, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court. Although we deny leave to appeal, we note that, should the Genesee Circuit Court determine that the defendant has withdrawn his request for blood-based DNA testing, then the court should vacate that part of its order requiring the parties to undergo a second test and requiring the defendant to pay for such a test.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2012

                                       Clerk

s1017